1  DOROTHY D. GUILLORY
   Attorney at Law
2  guildorothy@aol.com
   1701 Harrison Street
3  Oakland, CA  94612
   Telephone:  (510) 836-2111
4  Facsimile:  (510) 836-2112

5  Attorney for Plaintiff
   MaryElla Davis
6
   GORDON & REES LLP
7  RONALD K. ALBERTS  Bar No. 100017
   ralberts@gordonrees.com
8  LISA K. GARNER  Bar No. 155554
   lgarner@gordonrees.com
9  633 West Fifth Street, 52nd Floor
   Los Angeles, CA  90071
10 Telephone:  (213) 576-5000
   Facsimile:  (213) 680-4470
11
   Attorneys for Defendant
12 Aetna Life Insurance Company
   (erroneously sued and served as AETNA, Inc.)
13
   SEDGWICK LLP
14 REBECCA HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
15 ERIN CORNELL  Bar No. 227135
   erin.cornell@sedgwicklaw.com
16 One Market Plaza
   Steuart Tower, 8th Floor
17 San Francisco, CA  94105-1008
   Telephone:     (415) 781-7900
18 Facsimile:     (415) 781-2635

19 Attorneys for Defendants
   Bank of America Group Benefits Program; Metropolitan
20 Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYELLA DAVIS, | Case No. 4:10-cv-05199-SBA |
| Plaintiff, | **STIPULATION AND ORDER REFERRING PARTIES TO COURT'S MEDIATION PROGRAM** |
| v. | |
| BANK OF AMERICA GROUP BENEFITS PROGRAM; METROPOLITAN LIFE INSURANCE COMPANY; AETNA, INC., | |
| Defendants. | |

SF/2349275v1

STIPULATION AND [PROPOSED] ORDER REFERRING TO ADR PROGRAM

Plaintiff MaryElla Davis and defendants Aetna Life Insurance Company (erroneously sued and served as Aetna, Inc.), Metropolitan Life Insurance Company and Bank of America Group Benefits Program, through their counsel of record herein, hereby stipulate and respectfully request that the court refer the parties to the court's ADR Program. The parties request to participate in mediation pursuant to ADR Local Rule 6, with a mediator who has experience with ERISA.

DATED:  August 29, 2011         DOROTHY GUILLORY


By: /s/ Dorothy Guillory (as authorized on 8/29/2011)
    Dorothy Guillory
    Attorney for Plaintiff
    MaryElla Davis

DATED:  August 29, 2011         GORDON & REES LLP


By: /s/ Lisa K. Garner (as authorized on 8/24/2011)
    Ronal K. Alberts
    Lisa K. Garner
    Attorneys for Defendants
    Aetna Life Insurance Company

DATED:  August 29, 2011         SEDGWICK LLP


By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    BANK OF AMERICA GROUP BENEFITS
    PROGRAM; METROPOLITAN LIFE INSURANCE
    COMPANY

**ORDER**

IT IS HEREBY ORDERED that the parties are referred to the court's mediation program pursuant to ADR Local Rule 6, with a mediator who has ERISA experience.

DATED:  8/30/11

_____
Honorable Saundra Brown Armstrong