Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYELLA DAVIS, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA GROUP BENEFITS PROGRAM, METROPOLITAN LIFE INSURANCE COMPANY, AETNA, INC., <br><br> Defendants. | CASE NO. C10-05199 SBA <br><br> Judge: Saundra Brown Armstrong <br> Courtroom: 1 <br><br> Complaint Filed: November 16, 2010 <br><br> ORDER |

For good cause shown and pursuant to the Stipulation of the Parties, Plaintiff may file an Amended Opposition on or before November 1, 2011. Aetna may file any Reply to any Opposition on or before November 15, 2011. The hearing on the Motion remains on February 7, 2012.

Dated: September _28, 2011

_____
Honorable Saundra Brown Armstrong

AETNA/1066967/10788680v.1

-1-

[PROPOSED] ORDER        Case No. C10-05199 SBA