1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MARYELLA DAVIS, | ) CASE NO. C10-05199 SBA |
| Plaintiff, | ) Judge: Saundra Brown Armstrong |
| | ) Courtroom:  1 |
| vs. | ) |
| | ) Complaint Filed:  November 16, |
| BANK OF AMERICA GROUP BENEFITS | ) 2010 |
| PROGRAM, METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, AETNA, INC., | )   ORDER |
| Defendants. | ) |

        For good cause shown and pursuant to the Stipulation of the Parties, Plaintiff

may file an Amended Opposition on or before November 1, 2011.  Aetna may file

any Reply to any Opposition on or before November 15, 2011.  The hearing on the

Motion remains on February 7, 2012.


Dated:  September _28, 2011          _____
                                    Honorable Saundra Brown Armstrong

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

AETNA/1066967/10788680v.1

[PROPOSED] ORDER                                    Case No. C10-05199 SBA