DOROTHY D. GUILLORY
Attorney at Law
guildorothy@aol.com
1701 Harrison Street
Oakland, CA  94612
Telephone:  (510) 836-2111
Facsimile:  (510) 836-2112

Attorney for Plaintiff
MaryElla Davis

GORDON & REES LLP
RONALD K. ALBERTS  Bar No. 100017
ralberts@gordonrees.com
LISA K. GARNER  Bar No. 155554
lgarner@gordonrees.com
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendant
Aetna Life Insurance Company
(erroneously sued and served as AETNA, Inc.)

SEDGWICK LLP
REBECCA HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendants
Bank of America Group Benefits Program; Metropolitan
Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYELLA DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM; METROPOLITAN LIFE INSURANCE COMPANY; AETNA, INC.,<br><br>　　　　　　Defendants. | Case No. 4:10-cv-05199-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO COMPLETE ADR** |

SF/2559764v1

STIPULATION AND [PROPOSED] ORDER CONTINUING LAST DAY TO MEDIATE

1      Plaintiff MaryElla Davis and defendants Bank of America Group Benefits Program, Metropolitan Life Insurance Company, and Aetna Life Insurance Company (erroneously sued and served as AETNA, Inc.), by and through their respective attorneys of record, hereby agree and stipulate as follows:

     1. On August 30, 2011, the Court ordered that the parties participate in mediation through the Northern District of California's ADR Program. (ECF No. 30.) Pursuant to the timelines set forth in the ADR Local Rules, the parties are to complete mediation on or before November 28, 2011.

     2. On October 12, 2011, Stephen Schrey was appointed as the parties' mediator. (ECF No. 40.) On October 12, 2011, Mr. Schrey contacted the parties' respective counsel to schedule a pre-mediation telephone conference. The first mutually available date for the telephone conference is October 27, 2011.

     3. The parties and the mediator have conferred and concluded that based upon the recent appointment of Mr. Schrey as the mediator and the upcoming holidays, the parties will not be able to find a mutually available date for mediation before the November 28, 2011 mediation cut off.

     WHEREFORE, the parties, by and through their respective counsel stipulate, and respectfully request that the Court order, as follows:

     1. The parties agree to participate in mediation on or before January 31, 2012.

     IT IS SO STIPULATED.

DATED: October 18, 2011     DOROTHY GUILLORY

                                      By: /s/ Dorothy Guillory (as authorized on 10/18/2011)
                                           Dorothy Guillory
                                           Attorney for Plaintiff
                                           MaryElla Davis

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | DATED: October 18, 2011 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: /s/ Lisa K. Garner (as authorized on 10/18/2011) |
| 4 | | Ronald K. Alberts<br>Lisa K. Garner<br>Attorneys for Defendants |
| 5 | | Aetna Life Insurance Company |
| 6 | DATED: October 18, 2011 | SEDGWICK LLP |
| 7 | | |
| 8 | | By: /s/ Rebecca A. Hull |
| 9 | | Rebecca A. Hull<br>Erin A. Cornell<br>Attorneys for Defendants |
| 10 | | BANK OF AMERICA GROUP BENEFITS PROGRAM; METROPOLITAN LIFE INSURANCE |
| 11 | | COMPANY |

**ORDER**

IT IS HEREBY ORDERED that the last day for the parties to participate in mediation is continued to January 31, 2012.

DATED: 10/20/11

_____
Honorable Saundra Brown Armstrong