1  DOROTHY D. GUILLORY
   Attorney at Law
2  guildorothy@aol.com
   1701 Harrison Street
3  Oakland, CA 94612
   Telephone: (510) 836-2111
4  Facsimile: (510) 836-2112

5  Attorney for Plaintiff
   MaryElla Davis
6
   GORDON & REES LLP
7  RONALD K. ALBERTS Bar No. 100017
   ralberts@gordonrees.com
8  LISA K. GARNER Bar No. 155554
   lgarner@gordonrees.com
9  633 West Fifth Street, 52nd Floor
   Los Angeles, CA 90071
10 Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
11
   Attorneys for Defendant
12 Aetna Life Insurance Company
   (erroneously sued and served as AETNA, Inc.)
13
   SEDGWICK LLP
14 REBECCA HULL Bar No. 99802
   rebecca.hull@sedgwicklaw.com
15 ERIN CORNELL Bar No. 227135
   erin.cornell@sedgwicklaw.com
16 One Market Plaza
   Steuart Tower, 8th Floor
17 San Francisco, CA 94105-1008
   Telephone:    (415) 781-7900
18 Facsimile:    (415) 781-2635

19 Attorneys for Defendants
   Bank of America Group Benefits Program; Metropolitan
20 Life Insurance Company

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23 | MARYELLA DAVIS,                          | Case No. 4:10-cv-05199-SBA
24 |                Plaintiff,                | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO COMPLETE ADR**
25 |        v.                                |
26 | BANK OF AMERICA GROUP BENEFITS           |
   | PROGRAM; METROPOLITAN LIFE               |
27 | INSURANCE COMPANY; AETNA, INC.,          |
28 |                Defendants.               |

SF/2559764v1

STIPULATION AND [PROPOSED] ORDER CONTINUING LAST DAY TO MEDIATE

Plaintiff MaryElla Davis and defendants Bank of America Group Benefits Program, Metropolitan Life Insurance Company, and Aetna Life Insurance Company (erroneously sued and served as AETNA, Inc.), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On August 30, 2011, the Court ordered that the parties participate in mediation through the Northern District of California's ADR Program. (ECF No. 30.) Pursuant to the timelines set forth in the ADR Local Rules, the parties are to complete mediation on or before November 28, 2011.

2. On October 12, 2011, Stephen Schrey was appointed as the parties' mediator. (ECF No. 40.) On October 12, 2011, Mr. Schrey contacted the parties' respective counsel to schedule a pre-mediation telephone conference. The first mutually available date for the telephone conference is October 27, 2011.

3. The parties and the mediator have conferred and concluded that based upon the recent appointment of Mr. Schrey as the mediator and the upcoming holidays, the parties will not be able to find a mutually available date for mediation before the November 28, 2011 mediation cut off.

WHEREFORE, the parties, by and through their respective counsel stipulate, and respectfully request that the Court order, as follows:

1. The parties agree to participate in mediation on or before January 31, 2012.

IT IS SO STIPULATED.

DATED: October 18, 2011      DOROTHY GUILLORY

By: /s/ Dorothy Guillory (as authorized on 10/18/2011)
Dorothy Guillory
Attorney for Plaintiff
MaryElla Davis

/ /
/ /
/ /

SF/2559764v1

2
STIPULATION AND [PROPOSED] ORDER CONTINUING LAST DAY TO MEDIATE

DATED: October 18, 2011    GORDON & REES LLP

By: /s/ Lisa K. Garner (as authorized on 10/18/2011)
    Ronald K. Alberts
    Lisa K. Garner
    Attorneys for Defendants
    Aetna Life Insurance Company

DATED: October 18, 2011    SEDGWICK LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    BANK OF AMERICA GROUP BENEFITS
    PROGRAM; METROPOLITAN LIFE INSURANCE
    COMPANY

## **ORDER**

IT IS HEREBY ORDERED that the last day for the parties to participate in mediation is continued to January 31, 2012.

DATED: 10/20/11

_____
Honorable Saundra Brown Armstrong