UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYELLA DAVIS,<br><br>               Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM, METROPOLITAN LIFE INSURANCE COMPANY, AETNA, INC.,<br><br>               Defendants. | CASE NO. C10-05199 SBA<br><br>Judge: Saundra Brown Armstrong<br>Courtroom: 1<br><br>Complaint Filed: November 16, 2010<br><br>ORDER ON STIPULATION TO DISMISSAL OF COMPLAINT |

///

///

///

///

///

///

///

///

///

///

///

-1-

[PROPOSED] ORDER            Case No. C10-05199 SBA

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

AETNA/1066967/11358903v.1

1  Pursuant to the Stipulation of the Parties, this Court hereby orders the
2  following:
3  The Complaint of Plaintiff Maryella Davis against Defendant Aetna Life
4  Insurance Company, erroneously sued and served as Aetna, Inc., is dismissed with
5  prejudice;
6  The Complaint of Plaintiff Maryella Davis against Defendants Bank of
7  America Group Benefits Program and Metropolitan Life Insurance Company is
8  dismissed without prejudice;
9  Each party will bear their own attorney fees and costs.

IT IS SO ORDERED:

Date: 1/17/12

_____
Honorable Saundra Brown Armstrong

-2-

[PROPOSED] ORDER                              Case No. C10-05199 SBA