Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYELLA DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM, METROPOLITAN LIFE INSURANCE COMPANY, AETNA, INC.,<br><br>　　　　　　　Defendants. | CASE NO. C10-05199 SBA<br><br>Judge: Saundra Brown Armstrong<br>Courtroom: 1<br><br>Complaint Filed: November 16, 2010<br><br>ORDER ON STIPULATION TO DISMISSAL OF COMPLAINT |

///

///

///

///

///

///

///

///

///

///

-1-

AETNA/1066967/11358903v.1

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C10-05199 SBA

-2-

Pursuant to the Stipulation of the Parties, this Court hereby orders the following:

The Complaint of Plaintiff Maryella Davis against Defendant Aetna Life Insurance Company, erroneously sued and served as Aetna, Inc., is dismissed with prejudice;

The Complaint of Plaintiff Maryella Davis against Defendants Bank of America Group Benefits Program and Metropolitan Life Insurance Company is dismissed without prejudice;

Each party will bear their own attorney fees and costs.

IT IS SO ORDERED:

Date:  1/17/12

_____
Honorable Saundra Brown Armstrong

[PROPOSED] ORDER                                                          Case No. C10-05199 SBA